## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                              )
                                                    )   **Chapter 11 PROCEEDING**
**SORENSON COMMUNICATIONS, INC.**    )
                                                    )   **Case No. 14-10454-BLS**
**DEBTOR**                                   )

## REQUEST FOR COPIES OF ALL NOTICES

Please take notice that the undersigned representing **tw telecom inc.** formerly known as Time Warner Telecom Inc., a creditor and party in interest, without consenting to or waiving any rights with respect to jurisdiction, requests copies of all notices and pleadings pursuant to Rules 2002(a), (b) and (f) and 3017(a) of the Federal Rules of Bankruptcy Procedure. All such notices should be addressed as follows:

> Linda Boyle
> tw telecom inc.
> 10475 Park Meadows Drive, #400
> Littleton, CO 80124
> Telephone: 303-566-1284
> linda.boyle@twtelecom.com

Please take further notice that, pursuant to Section 11099(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notice of any application, complaint, demand, hearing, motion petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by postal mail, electronic mail, delivery, telephone, facsimile, telegraph, telex or otherwise filed with regard to the above-referenced case and the proceedings therein.

Respectfully submitted,

tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
303-566-1000

Representative for **tw telecom inc.**

Dated: March 6, 2014

## CERTIFICATE OF SERVICE

I certify that on March 6, 2014, a copy of the foregoing Request for Copies of All Notices was sent by First Class Mail, postage prepaid, to each of the following persons.

United States Bankruptcy Court
District of Delaware
824 North Market Street
5th Floor
Wilmington, DE 19801

Richard L. Schepacarter, Trustee
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street
Lockbox 35
Wilmington, DE 19899-0035

Timothy P. Cairns, Esq.
Pachulski Stang Young & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19801

Kurtzman Carson Consultants LLC
Claims Agent
2335 Alaska Avenue
El Segundo, CA 90245