# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re Sorenson Communications, Inc. et al        **Case No. 14-10454-BLS**
Debtor

## INITIAL MONTHLY OPERATING REPORT
**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| **12-Month Cash Flow Projection  (Form IR-1)** | Yes | A three month cash flow projection is provided due to the accelerated nature of the pre-packaged case. |
| **Certificates of Insurance:** | | |
|   Workers Compensation | Yes | Evidence of Coverage Certificates |
|   Property | Yes | Evidence of Coverage Certificates |
|   General Liability | Yes | Evidence of Coverage Certificates |
|   Vehicle | Yes | Evidence of Coverage Certificates |
|   Umbrella Liability | Yes | Evidence of Coverage Certificates |
|   Flood & Earthquake | Yes | Evidence of Coverage Certificates |
|   Identify areas of self-insurance w/liability caps | No | No self-insurance |
| **Evidence of Debtor in Possession Bank Accounts** | | |
|   Tax Escrow Account | No | Per the Cash Management Motion filed with the court on March 3, 2014 and approved by order on March 4, 2014, the Company is allowed to continue use of its current cash management system and is therefore not required to establish new Debtor in Possession Bank Accounts. |
|   General Operating Account | No | |
|   Money Market Account pursuant to Local Rule 4001-3.  Refer to | No | |
|   http://www.deb.uscourts.gov/ | No | |
|   Other: | No | |
| **Retainers Paid (Form IR-2)** | Yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____       March 17, 2014
Signature of Authorized Individual*       Date

Scott Sorensen       Chief Financial Officer
Printed Name of Authorized Individual       Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

**Sorenson Communications, Inc.**
**13-Week Cash Forecast - Consolidated**
($000s)

| Week Ending: | Forecast Week 1 7-Mar-14 | Forecast Week 2 14-Mar-14 | Forecast Week 3 21-Mar-14 | Forecast Week 4 28-Mar-14 | Forecast Week 5 4-Apr-14 | Forecast Week 6 11-Apr-14 | Forecast Week 7 18-Apr-14 | Forecast Week 8 25-Apr-14 | Forecast Week 9 2-May-14 | Forecast Week 10 9-May-14 | Forecast Week 11 16-May-14 | Forecast Week 12 23-May-14 | Forecast Week 13 30-May-14 | Total 2-Mar-14 – 30-May-14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash (Unrestricted)** | $ 104,479 | $ 136,274 | $ 125,612 | $ 114,468 | $ 113,143 | $ 141,845 | $ 127,357 | $ 123,085 | $ 111,247 | $ 142,617 | $ 131,986 | $ 128,492 | $ 117,861 | $ 104,479 |
| **Receipts** | | | | | | | | | | | | | | |
| TRS Receipts | 45,642 | - | - | - | 47,813 | - | - | - | 41,376 | - | - | - | - | 134,831 |
| Other Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Receipts | 45,642 | - | - | - | 47,813 | - | - | - | 41,376 | - | - | - | - | 134,831 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll & Benefits | (10,610) | - | (9,340) | - | - | (9,290) | - | (10,649) | - | (9,376) | - | (9,376) | - | (61,131) |
| Rent | (1,252) | - | - | - | (1,263) | - | - | - | (1,264) | - | - | - | - | (3,779) |
| Telecom / Utilities | (887) | | | | | | | | | | | | | (4,748) |
| Travel & Expense | (138) | | | | | | | | | | | | | (2,607) |
| Non-Payroll Tax | (10) | | | | | | | | | | | | | (11,618) |
| Ordinary Course Professional Fees | (186) | | | | | | | | | | | | | (3,341) |
| Capital Expenditures | (382) | | | | | | | | | | | | | (9,503) |
| Other Disbursements | (382) | | | | | | | | | | | | | (12,384) |
| Total Operating Disbursements | (13,847) | (10,662) | (11,164) | (1,316) | (4,750) | (14,488) | (4,272) | (11,838) | (10,006) | (10,631) | (3,494) | (10,631) | (2,023) | (109,112) |
| **Subtotal Operating Cash Flow** | 31,795 | (10,662) | (11,164) | (1,316) | 43,063 | (14,488) | (4,272) | (11,838) | 31,370 | (10,631) | (3,494) | (10,631) | (2,023) | 25,719 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Interest Expense | - | - | - | - | (12,995) | - | - | - | - | - | - | - | - | (12,995) |
| Net Borrowings | - | - | - | - | (1,365) | - | - | - | - | - | - | - | - | (1,365) |
| Total Non-Operating Disbursements | - | - | - | - | (14,360) | - | - | - | - | - | - | - | - | (14,360) |
| **Total Net Cash Flow** | 31,795 | (10,662) | (11,164) | (1,315) | 28,702 | (14,488) | (4,272) | (11,838) | 31,370 | (10,631) | (3,494) | (10,631) | (2,023) | 11,359 |
| **Ending Cash (Unrestricted)** | $ 136,274 | $ 125,612 | $ 114,468 | $ 113,143 | $ 141,845 | $ 127,357 | $ 123,085 | $ 111,247 | $ 142,617 | $ 131,986 | $ 128,492 | $ 117,861 | $ 115,838 | $ 115,838 |

 **ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 03/13/2014 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | | |
|---|---|---|---|---|
| Marsh USA Risk & Insurance Services | PHONE (A/C, No, Ext): | | FAX (A/C, No): | |
| 15 West South Temple, Suite 700 | E-MAIL ADDRESS: | | | |
| Salt Lake City, UT 84101 | | | | |
| Attn: Chris Brimhall (801) 533-3627 | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A : Phoenix Insurance Company | | | 25623 |
| INSURED | INSURER B : Travelers Indemnity Co Of America | | | 25666 |
| SORENSON COMMUNICATIONS INC. | INSURER C : Travelers Property Casualty Co. Of America | | | 25674 |
| 4192 SOUTH RIVERBOAT ROAD | INSURER D : | | | |
| SALT LAKE CITY, UT 84123 | INSURER E : | | | |
| | INSURER F : | | | |

**COVERAGES      CERTIFICATE NUMBER:** SEA-002457116-01 **     REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | | 630-4D887488-PHX-13 | 11/15/2013 | 11/15/2014 | EACH OCCURRENCE | $ 1,000,000 |
| | X COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | CLAIMS-MADE  X  OCCUR | | | | | | MED EXP (Any one person) | $ 10,000 |
| C | X FOREIGN | | | ZPP-15R1150913 | 11/15/2013 | 11/15/2014 | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | X POLICY  PRO-JECT  LOC | | | | | | | $ |
| B | **AUTOMOBILE LIABILITY** | | | BA-4D887488-13-TEC | 11/15/2013 | 11/15/2014 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| C | | | | ZPP-15R1150913 | 11/15/2013 | 11/15/2014 | BODILY INJURY (Per person) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per accident) | $ |
| | ALL OWNED AUTOS  SCHEDULED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | X HIRED AUTOS  X NON-OWNED AUTOS | | | | | | | $ |
| C | X **UMBRELLA LIAB**  X OCCUR | | | CUP-4D887488-TIL-13 | 11/15/2013 | 11/15/2014 | EACH OCCURRENCE | $ 10,000,000 |
| | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ 10,000,000 |
| | DED  X  RETENTION $ 10,000 | | | | | | | $ |
| C | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | UB-4D887488-13 | 11/15/2013 | 11/15/2014 | X WC STATU-TORY LIMITS  OTH-ER | |
| C | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N N  N/A | | | ZPP-15R1150913 | 11/15/2013 | 11/15/2014 | E.L. EACH ACCIDENT | $ 1,000,000 |
| | (Mandatory in NH) | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | Business Personal Property | | | 630-4D887488-PHX-13 | 11/15/2013 | 11/15/2014 | Undescribed Locations | 300,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
DIC Coverage −  Carrier: The International Insurance Company of Hanover
Policy Number: GEP9857;  Policy Effective: 11/15/2013; Policy Expiration: 11/15/2014
Limit: DIC Coverage $ 5,000,000 Earthquake / Flood.  Deductible: 5% EQ ded. / or a $25,000 minium per occurrence.
Other deductibles may apply per policy terms and conditions.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of the United States Trustee | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| 844 King Street, Suite 2207 | |
| Wilmington, DE  19801 | |
| | AUTHORIZED REPRESENTATIVE of Marsh USA Risk & Insurance Services |
| | Chris Brimhall    *Chris Brimhall* |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)      The ACORD name and logo are registered marks of ACORD

POLICY NUMBER: BA-4D887488-13-TEC                    ISSUE DATE: 03-12-14

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DESIGNATED ENTITY –   EARLIER NOTICE OF CANCELLATION/NONRENEWAL PROVIDED BY US

This endorsement modifies insurance provided under the following:
    ALL COVERAGE PARTS INCLUDED IN THIS POLICY

## SCHEDULE

CANCELLATION:                              Number of Days Notice: 30
WHEN WE DO NOT RENEW (Nonrenewal):         Number of Days Notice: 0

NAME:    OFFICE OF THE UNITED STATES TRUSTEE

ADDRESS: 844 KING STREET
         SUITE 2207
         WILMINGTON                    DE    19801

A. For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in the CONDITIONS Section of this insurance, or as amended by any applicable state cancellation endorsement applicable to this insurance, is increased to the number of days shown in the SCHEDULE above.

B. For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of When We Do Not Renew (Nonrenewal), as provided in the CONDITIONS Section of this insurance, or as amended by any applicable state When We Do Not Renew (Nonrenewal) endorsement applicable to this insurance, is increased to the number of days shown in the SCHEDULE above.

C. We will mail notice of cancellation or nonrenewal or material limitation of those coverage forms to the person or organization shown in the schedule above. We will mail the notice at least the Number of Days indicated above before the effective date to our action.

## ENDORSEMENT NO. 1

Named Insured:          Sorenson Communications Inc.

Policy Effective Date:     11/15/2013

Policy Expiration Date:    11/15/2014

This endorsement effective: 12:01 A.M.     03/06/2014     forms a part of

Policy No:  GEP 9857      Underwriters at Lloyds, London

### Amendatory Endorsement

In consideration of the premium shown below, it is hereby understood and agreed this endorsement is attached to and forms part of the above policy and is effective as shown above.  This endorsement amends only the changes which are indicated by check in the box immediately preceding such change:

1. ☐ Policy is
2. ☐ Item(s) listed below are the policy schedule.
3. ☐ Name of Insured is amended as shown below.
4. ☐ Insured mailing address is amended as shown below.
5. ☐ Policy term is amended to:

6. ☐ Endorsement No is null and void
7. ☐ Description of item(s) is amended as shown below.
8. ☐ Limit of Liability is as shown below.
9. ☐ Policy Reinstated
10. ☑ Other, as shown below

It is hereby understood and agreed that loss, if any shall be payable to the Insured and the following Lender's Loss Payee as their respective interests appear:

- Office of the United States Trustee
  844 King Street
  Suite 2207
  Wilmington, DE 19801

It is further understood and agreed that the Company, whenever possible, will endeavor to give

- Richard L. Schepacarter, Esq. ; Office of the United States Trustee; 844 King Street; Suite 2207; Wilmington, DE 19801

30 day prior written notice of cancellation when cancelled by the Company.  This does not apply to cancellation for non-payment of premium nor notice of non-renewal.

All other terms and conditions remain unchanged.

**Breakdown:**

| | |
|---|---|
| $ | 0.00 Premium |
| $ | 0.00 Terrorism Premium |
| $ | 0.00 Grand Total |

Issue Date:   03/07/2014                                     Authorized Representative

POLICY NUMBER: ZPP-15R11509-13-I3                    ISSUE DATE: 03/12/14

## DESIGNATED ENTITY - EARLIER NOTICE OF
## CANCELLATION/NONRENEWAL PROVIDED BY US

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS INCLUDED IN THIS POLICY

### SCHEDULE

**CANCELLATION:**                                   **Number of Days Notice:** 30

**WHEN WE DO NOT RENEW (Nonrenewal):**             **Number of Days Notice:**

**NAME:**        Office of the United States Trustee
**ADDRESS:**     844 King Street
                 Suite 2207
                 Wilmington, DE 19801

**A.** For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in the CONDITIONS Section of this insurance, or as amended by any applicable state cancellation endorsement applicable to this insurance, is increased to the number of days shown in the SCHEDULE above.

**B.** For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of When We Do Not Renew (Nonrenewal), as provided in the CONDITIONS Section of this insurance, or as amended by any applicable state When We Do Not Renew (Nonrenewal) endorsement applicable to this insurance, is increased to the number of days shown in the SCHEDULE above.

**C.** We will mail notice of cancellation or nonrenewal or material limitation of those coverage forms to the person or organization shown in the schedule above. We will mail the notice at least the Number of Days indicated above before the effective date to our action.

CHANGE EFFECTIVE DATE: 11-15-13
CHANGE ENDORSEMENT NUMBER: 0004

POLICY NUMBER: H-630-4D887488-PHX-13                     ISSUE DATE: 03-12-14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED ENTITY – EARLIER NOTICE OF CANCELLATION/NONRENEWAL PROVIDED BY US

This endorsement modifies insurance provided under the following:
    ALL COVERAGE PARTS INCLUDED IN THIS POLICY

**SCHEDULE**

**CANCELLATION:**                              **Number of Days Notice: 30**

**WHEN WE DO NOT RENEW (Nonrenewal):**        **Number of Days Notice:**


**NAME:**    OFFICE OF THE UNITED STATES TRUSTEE


**ADDRESS: 844 KING STREET**
           **SUITE 2207**
           **WILMINGTON                    DE    19801**

A. For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in the CONDITIONS Section of this insurance, or as amended by any applicable state cancellation endorsement applicable to this insurance, is increased to the number of days shown in the SCHEDULE above.

B. For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of When We Do Not Renew (Nonrenewal), as provided in the CONDITIONS Section of this insurance, or as amended by any applicable state When We Do Not Renew (Nonrenewal) endorsement applicable to this insurance, is increased to the number of days shown in the SCHEDULE above.

C. We will mail notice of cancellation or nonrenewal or material limitation of those coverage forms to the person or organization shown in the schedule above. We will mail the notice at least the Number of Days indicated above before the effective date to our action.

POLICY NUMBER: HSM-CUP-4D887488-TIL-13                    ISSUE DATE: 03-12-14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED ENTITY –   EARLIER NOTICE OF CANCELLATION/NONRENEWAL PROVIDED BY US

This endorsement modifies insurance provided under the following:
    ALL COVERAGE PARTS INCLUDED IN THIS POLICY

## SCHEDULE

**CANCELLATION:**                                   **Number of Days Notice: 30**
**WHEN WE DO NOT RENEW (Nonrenewal):**              **Number of Days Notice:**

**NAME:**    OFFICE OF THE UNITED STATES TRUSTEE

**ADDRESS: 844 KING STREET**
          **SUITE 2207**
          **WILMINGTON**                  **DE   19801**

A. For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in the CONDITIONS Section of this insurance, or as amended by any applicable state cancellation endorsement applicable to this insurance, is increased to the number of days shown in the SCHEDULE above.

B. For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of When We Do Not Renew (Nonrenewal), as provided in the CONDITIONS Section of this insurance, or as amended by any applicable state When We Do Not Renew (Nonrenewal) endorsement applicable to this insurance, is increased to the number of days shown in the SCHEDULE above.

C. We will mail notice of cancellation or nonrenewal or material limitation of those coverage forms to the person or organization shown in the schedule above. We will mail the notice at least the Number of Days indicated above before the effective date to our action.

IL T3 54 03 98          Copyright, The Travelers Indemnity Company, 1998          Page 1 of 1



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT WC 99 06 F4(00)

POLICY NUMBER:  (HJUB-4D88748-8-13)

# MANAGED CARE PROGRAM
# ENDORSEMENT

This endorsement applies only to the insurance provided by this policy for the states listed in the schedule below.

This endorsement provides for the payment of benefits under the Workers' Compensation law for medical services and health care to injured workers for compensable injuries and diseases by means of a MANAGED CARE PROGRAM which meets the requirements established by the state. Managed Care Programs are approved on a county by county basis in most states. As an employer you have a responsibility to your employees to comply with the requirements of each county as applicable.

### SCHEDULE

Item #1   (STATES)

    KY   WV

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

{The information below is required only when this endorsement is issued subsequent to preparation of the policy.}

| | | |
|---|---|---|
| Endorsement Effective | Policy No. | Endorsement No. |
| Insured | | Premium $ |
| Insurance Company | Countersigned by _____ | |

DATE OF ISSUE: 03-12-14      ST ASSIGN:

Page 1 of 1



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**
**ENDORSEMENT WC 99 06 11 ( A)**

POLICY NUMBER:  (HJUB-4D88748-8-13)

# NOTICE OF CANCELLATION

Except for non-payment of premium by you, we agree that no cancellation or limitation of this policy shall become effective until the number of day's written notice specified in item 2 of the Schedule has been mailed to you and to the person or organization designated in item 1 of the Schedule at the address indicated.

**SCHEDULE**

1.  Name: OFFICE OF THE UNITED STATES TRUSTEE

Address:  844 KING STREET
          SUITE 2207
          WILMINGTON, DE 19801

2.  Number of Days Written Notice:  30   Additional Days

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Endorsement Effective | Policy No. | Endorsement No. |
| Insured | | Premium $ |
| Insurance Company | Countersigned by _____ | |

DATE OF ISSUE:   03-12-14      ST ASSIGN:                                      Page 1 of 1

## ENDORSEMENT NO. 1

Named Insured:          Sorenson Communications Inc.

Policy Effective Date:   11/15/2013

Policy Expiration Date:  11/15/2014

This endorsement effective: 12:01 A.M.      03/06/2014      forms a part of

Policy No: GEP 9857       Underwriters at Lloyds, London

### Amendatory Endorsement

In consideration of the premium shown below, it is hereby understood and agreed this endorsement is attached to and forms part of the above policy and is effective as shown above. This endorsement amends only the changes which are indicated by check in the box immediately preceding such change:

1. ☐ Policy is
2. ☐ Item(s) listed below are the policy schedule.
3. ☐ Name of Insured is amended as shown below.
4. ☐ Insured mailing address is amended as shown below.
5. ☐ Policy term is amended to:

6. ☐ Endorsement No is null and void
7. ☐ Description of item(s) is amended as shown below.
8. ☐ Limit of Liability is as shown below.
9. ☐ Policy Reinstated
10. ☑ Other, as shown below

.............................................................................................................................

It is hereby understood and agreed that loss, if any shall be payable to the Insured and the following Lender's Loss Payee as their respective interests appear:

• Office of the United States Trustee
  844 King Street
  Suite 2207
  Wilmington, DE 19801

It is further understood and agreed that the Company, whenever possible, will endeavor to give

• Richard L. Schepacarter, Esq. ; Office of the United States Trustee; 844 King Street; Suite 2207; Wilmington, DE 19801

30 day prior written notice of cancellation when cancelled by the Company. This does not apply to cancellation for non-payment of premium nor notice of non-renewal.

All other terms and conditions remain unchanged.

Breakdown:

| $ | 0.00 Premium |
| $ | 0.00 Terrorism Premium |
| $ | 0.00 Grand Total |

_Authorized Representative_

Issue Date:  03/07/2014

**Schedule of Retainers Paid to Professionals**

| Payee | Payor | Date | Amount | Amount Applied to Date | Balance |
|-------|-------|------|--------|------------------------|---------|
| Akin Gump Strauss Hauer & Feld LLP | Sorenson Communications, Inc. | Dec-13 | $ 250,000 | $ - | $ 250,000 |
| AlixPartners LLP | Sorenson Communications, Inc. | Jan-14 | $ 250,000 | $ - | $ 250,000 |
| Baker Botts LLP | CaptionCall, LLC | Feb-14 | $ 800,000 | $ - | $ 800,000 |
| Kirkland & Ellis LLP | Sorenson Communications, Inc. | Feb-14 | $ 750,000 | $ - | $ 750,000 |
| Kurtzman Carson Consultants LLC | Sorenson Communications, Inc. | Jan-14 | $ 25,000 | $ - | $ 25,000 |
| Moelis & Company | Sorenson Communications, Inc. | Feb-14 | $ 25,000 | $ - | $ 25,000 |
| Pachulski Stang Ziehl & Jones LLP | Sorenson Communications, Inc. | Feb-14 | $ 50,000 | $ - | $ 50,000 |
| Pricewaterhouse Coopers LLP | Sorenson Communications, Inc. | Feb-14 | $ 100,000 | $ - | $ 100,000 |
| QGA Public Affairs | Sorenson Communications, Inc. | Feb-14 | $ 100,000 | $ - | $ 100,000 |
| Stroz Friedberg LLC | Sorenson Communications, Inc. | Mar-14 | $ 200,000 | $ - | $ 200,000 |